IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MAXXI BROOKS                                                    PLAINTIFF

v.                           No. 3:19-cv-182-DPM

GRANT DEPOW, Deputy Prosecuting
Attorney, Craighead County; JONESBORO
POLICE DEPARTMENT; JONESBORO
INSURANCE COMPANY; and STATE
AUTO INSURANCE COMPANY                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

1 July 2019